# EXHIBIT B

# Summons

# EXHIBIT B

SUMM

## DISTRICT COURT

## CLARK COUNTY, NEVADA

MALCOLM SHEPERD,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff,　　　　)　Case No.: A-24-907076-C
　　vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
TESLA, INC., (a.k.a. TESLA MOTORS INC.) a )　Dept. No. 14
Delaware Corporation; DOES I-X; and, ROE )
BUSINESS ENTITIES I-X,　　　　　　　 )　**SUMMONS**
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants.　　　)
　　　　　　　　　　　　　　　　　　　)

NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

### TESLA, INC., a Delaware Corporation

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
   (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this Summons within which to file an answer or other responsive pleading to the Complaint.

Submitted by:　　　　　　　　　　　　　　　　CLERK OF COURT

　/s/ James P. Kemp　　　　　　　　　　　　　By:_____   12/9/2024

JAMES P. KEMP, ESQ.　　　　　　　　　　　　　　　Deputy Clerk　　　　　　　Date
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110　　　　　　　　　Demond Palmer
Las Vegas, Nevada 89130
(702) 258-1183
Attorney for Plaintiff
Malcolm Sheperd

NOTE: When service is by publication, add a brief statement of the object of the action.
　　　See Rules of Civil Procedure 4(b).

STATE OF _____ )
                                )ss:                             **AFFIDAVIT OF SERVICE**
COUNTY OF_____ )

_____, being duly sworn, says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received _____ copy(ies) of the Summons and Complaint, _____
_____
on the _____ day of _____, 20\_\_\_\_\_ and served the same on the _____ day of _____, 20\_\_\_\_ by:

**(Affiant must complete the appropriate paragraph)**

1.     Delivering and leaving a copy with the Defendant _____at (state address) _____
_____

2.     Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at: (state address) _____.

                (Use paragraph 3 for service upon agent, completing A or B)

3.     Serving the Defendant _____by personally delivering and leaving a copy at (state address) _____
_____

    a.    With _____ as _____ , an agent lawfully designated by statute to accept service of process;
    b.    With _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4.     Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope, postage prepaid (Check appropriate method):

        _____ Ordinary mail
        _____ Certified mail, return receipt requested
        _____ Registered mail, return receipt requested

addressed to the Defendant _____ at Defendant's last known address which is (state address) _____.

COMPLETE ONE OF THE FOLLOWING:

(a)    If executed in this state, "I declare under penalty of perjury that the foregoing is true and correct."

_____
Signature of person making service

(b)    If executed outside of this state, "I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct."

_____
Signature of person making service