# EXHIBIT 2

# EXHIBIT 2

# Malcolm Shepherd_U.S. Offer (Global).pdf

Final Audit Report  2020-06-13

| | |
|---|---|
| Created: | 2020-06-13 |
| By: | Tesla Recruiting (RecruitingOfferLetters@tesla.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAmQiAGyZi_L6e47CN8ANZCuO9nU34bB-T |

## "Malcolm Shepherd_U.S. Offer (Global).pdf" History

- Web Form created by Tesla Recruiting (RecruitingOfferLetters@tesla.com)
  2020-06-12 - 11:05:37 PM GMT

- Web Form filled in by Malcolm Shepherd (mshepherd0505@gmail.com)
  2020-06-13 - 9:22:28 PM GMT- IP address: 174.83.199.219

- User email address verification waived
  2020-06-13 - 9:22:31 PM GMT- IP address: 174.83.199.219

- Notification of signed document emailed to Malcolm Shepherd (mshepherd0505@gmail.com) and Tesla Recruiting (RecruitingOfferLetters@tesla.com)
  2020-06-13 - 9:22:31 PM GMT

TESLA | POWERED BY Adobe Sign