# EXHIBIT 1

Department of Defense Contract Listings

# EXHIBIT 1

You have accessed part of a historical collection on defense.gov. Some of the information contained within may be outdated and links may not function. Please contact the DOD Webmaster with any questions.

## CONTRACTS

# Contracts For Sept. 16, 2022

**NAVY**

Bell Textron Inc., Fort Worth, Texas, is awarded a $228,168,591 cost-plus-fixed-fee, cost reimbursable, indefinite-delivery/indefinite-quantity contract. This contract provides the H-1 Light/Attack helicopter with new and modified capabilities through System Configuration Sets, which is a combination of software and/or hardware configuration item changes integrated into a previously deployed baseline configuration. These efforts include work on the airframe, aircraft wiring interface terminals, flight controls, and weapon systems interfaces, as well as research alternatives, investigation, and documentation of new capabilities and anomalies related to flight controls, wiring harnesses, and weapons, and developing, integrating, verifying, validating, and testing these systems. Additionally, this contract provides for identification of maintenance activities required to support the systems; research, development, and support of studies and analysis related to configuration items, new subsystems, weapons integration, engineering, and logistics; and all efforts required to accomplish analysis of alternatives, system design, integration, testing, rapid response activities, and system capability improvements for Foreign Military Sales customers and fleet support. Work will be performed in Fort Worth, Texas (99%); and various locations within the continental U.S. (1%), and is expected to be completed in September 2027. No funds will be obligated at the time of award; funds will be obligated on

individual orders as they are issued. This contract was not competitively procured pursuant to Defense Federal Acquisition Regulation 6.302-1. The Naval Air Warfare Center Weapons Division, China Lake, California, is the contracting activity (N6893622D0039).

Leidos Inc., Reston, Virginia, was awarded an $83,352,986 cost-plus-fixed-fee, indefinite-delivery/indefinite-quantity contract for engineering and technical services to meet fleet requirements for Synthetic Signature Generation-based training systems. Work will be performed in Bethesda, Maryland, and is expected to be completed by September 2028. Fiscal 2022 operation and maintenance (Navy) funds in the amount of $2,324,201 will be obligated at time of award, all of which will expire at the end of the current fiscal year. This contract was competitively procured via the System for Award Management website, with one offer received. The Naval Surface Warfare Center, Carderock Division, West Bethesda, Maryland, is the contracting activity (N00167-22-D-0004). (Awarded Sept. 15, 2022)

Cianbro Corp., Pittsfield, Maine, is awarded a $37,528,700 firm-fixed-price construction contract to repair portions of the seawall at Farragut Field and Santee Basin at the U.S. Naval Academy (USNA), Maryland. The work to be performed provides for critical structural recapitalization of a segment of the USNA seawall/waterfront perimeter by repairing the sheet pile bulkheads along Farragut Field and the east side of Santee Basin. Work will be performed in Annapolis, Maryland, and is expected to be completed by December 2024. Fiscal 2022 operation and maintenance (Navy) funds in the amount of $37,528,700 are obligated on this award and will not expire at the end of the current fiscal year. This contract was competitively procured via the System for Award Management website and the Procurement Integrated Enterprise Environment website, with four proposals received. The Naval Facilities Engineering Systems Command, Washington, Washington, D.C., is the contracting activity (N40080-22-C-0011).

Design West Technologies Inc.,* Tustin, California, is awarded a $26,155,214 firm-fixed-price modification to previously awarded contract N6339421C0011 to exercise options for the manufacture, assembly, test, and delivery of MK 5 Mod 2 and MK 6 Mod 1 launch sequencers and associated kitted material. This modification combines purchases for the Navy (90.84%); and the governments of Germany (5.29%); Finland (3.15%); Republic of Korea (0.40%); and Spain (0.32%) under the Foreign Military Sales (FMS) program. Work will be performed in Tustin, California, and is expected to be completed by October 2023. Fiscal 2022 shipbuilding and conversion (Navy) funds in the amount of $23,761,323 (90.84%); FMS (Germany) funds in the amount of $1,384,176 (5.29%); FMS (Finland) funds

in the amount of $822,642 (3.15%); FMS (Republic of Korea) funds in the amount of $103,332 (0.40%); and FMS (Spain) funds in the amount of $83,741 (0.32%) will be obligated at time of award and will not expire at the end of the current fiscal year. The Naval Surface Warfare Center Port Hueneme Division, Port Hueneme, California, is the contracting activity.

City Construction LLC,* Washington, D.C., is awarded an $18,399,276 firm-fixed-price contract for construction of a military working dog (MWD) kennel at Joint Base Andrews, Maryland. The work to be performed provides for construction to include housing, administrative offices, conference and transient rooms, kitchen/break room, restrooms/showers, utility space, fire detection and alarm system, communications networks, utilities (electrical, water, sanitary sewer), storm water management, security perimeter fence, lighting, and parking, as well as demolition of the existing MWD kennel facilities. The contract also contains five unexercised options, which if exercised, would increase the cumulative contract value to $19,477,646. Work will be performed in Camp Springs, Maryland, and is expected to be completed by April 2024.  Fiscal 2019 military construction (Air Force); and fiscal 2022 military construction (Air Force) funds in the amount of $18,399,276 are obligated on this award and will not expire at the end of the current fiscal year. This contract was competitively procured via the Procurement Integrated Enterprise Environment with two proposals received. The Naval Facilities Engineering Systems Command, Washington, Washington, D.C., is the contracting activity (N40080-22-C-0013).

Technology Trends Group LLC,* Arlington, Virginia, is awarded a $16,672,519 modification to previously awarded firm-fixed price contract M67854-20-C-4919 for the modernization efforts at Marine Corps Base Quantico, Virginia. The total cumulative face value of the contract is $40,759,789. The contract modification is for a design change to the Base Area Network Transport and Enterprise Unified Communications Voice solution for the modernization of the existing communication infrastructure at Marine Corps Base Quantico. Work will be performed in Quantico, Virginia, with an expected completion date of May 31, 2024. Fiscal 2022 procurement (Marine Corps) funds in the amount of $16,672,519.16 are obligated at time of award. Contract funds in the amount of $16,672,519.16 will expire at the end of the current fiscal year. This procurement is a direct 8(a) sole-source award to an Alaskan Native Corp. in accordance with Defense Federal Acquisition Regulation 6.302-5 — authorized or required by statute. The Marine Corps Systems Command, Quantico, Virginia, is the contracting activity.

CCI Group LLC,* Shalimar, Florida, is awarded a $16,174,815 firm-fixed-price modification to a previously awarded task order (N6945022F0834) placed against multiple award construction contract N69450-19-D-0917. This modification provides for storm damage repairs to Building 2268 at Naval Air Station Pensacola, Florida. This award brings the total cumulative face value of the contract to $27,808,930. Work will be performed in Pensacola, Florida, and is expected to be completed by September 2024. Fiscal 2022 operation and maintenance (Navy) funds in the amount of $16,174,815 are obligated on this award and will expire at the end of the current fiscal year. The Naval Facilities Engineering Systems Command, Southeast, Jacksonville, Florida, is the contracting activity.

P&S Construction Inc.,* Chelmsford, Massachusetts, is awarded a $16,101,014 firm-fixed-price task order (N6945022F0926) under a multiple award construction contract (N69450-22-D-0005) to provide storm damage repairs and renovations to Building 1350, and demolition of Building 1351 at Naval Air Station Key West, Florida. The work to be performed provides for repair and renovation to Building 1350, to include replacement of existing cement plaster cladding system, removal of existing concrete floor overhangs and window roll up shutter enclosures, replacement of windows and doors, acoustical ceiling tiles, gypsum wallboard, porcelain floor tiles and grout, carpet, vinyl plank flooring, and bathroom fixtures. Work to Building 1351 provides for the complete building demolition, removal of the foundation, and regrading of the site. The contract also contains one unexercised option, which if exercised, would increase the cumulative contract value to $16,357,700. Work will be performed in Key West, Florida, and is expected to be completed by August 2024. Fiscal 2022 operation and maintenance (Navy) funds in the amount of $16,101,014 are obligated on this award and will expire at the end of the current fiscal year. Three proposals were received for this task order. The Naval Facilities Engineering Systems Command, Southeast, Jacksonville, Florida, is the contracting activity.

General Dynamics Mission Systems Inc., Pittsfield, Massachusetts, is awarded a $15,951,489 cost-plus-fixed-fee term modification to previously awarded contract N6339421C0007 for design agent services in support of the Austal variant littoral combat ship, also known as the Independence variant. The Independence variant combat system consists of the Integrated Combat Management System, its interfaces, command, control, communications, computers, combat systems, and intelligence elements. Work will be performed in San Diego, California (83%); and Singapore (17%), and is expected to be completed by September 2023. Fiscal 2022 operation and maintenance (Navy) funds in the amount of $609,082 (76%); fiscal 2022 other procurement (Navy) funds in the amount of

$120,000 (15%); FMS (Singapore) funds in the amount of $35,436 (4%); fiscal 2021 other procurement (Navy) funds in the amount of $24,000 (3%); and fiscal 2020 other procurement (Navy) funds in the amount of $16,987 (2%) will be obligated at time of award and funds in the amount of $626,069 will expire at the end of the current fiscal year. Naval Surface Warfare Center, Port Hueneme, California, is the contracting activity.

Science Applications International Corp. (SAIC), Reston, Virginia, is awarded a $14,315,000 modification to a previously awarded, indefinite-delivery/indefinite quantity, cost-plus-fixed-fee contract (N66001-18-D-0023) to provide continuing sustainment support of integrated afloat and ashore tactical networks. Work will be performed in San Diego, California, and globally aboard Navy ships and Department of Defense installations. This modification increases the estimated value of the contract from $237,526,884 to $251,841,884. The period of performance of the current contract is from July 3, 2018, to July 2, 2023. No funds will be obligated at the time of award. Funds to be obligated include other procurement (Navy); ship construction (Navy); and operation and maintenance (Navy). The Naval Information Warfare Center Pacific, San Diego, California, is the contracting activity.

Custom Manufacturing & Engineering Inc.,* Pinellas Park, Florida, is awarded a $9,054,378 firm-fixed-price modification to previously awarded contract N6339421C0006 for the manufacture, assembly, test, and delivery of Universal Canister Electronics Units (UCEU) and associated cables in support of the MK 57 Vertical Launch System. This modification exercises an option to acquire additional UCEU units and associated W2 and W3 cables. Work will be performed in Pinellas Park, Florida, and is expected to be completed by February 2024. Fiscal 2022 other procurement (Navy) funds in the amount of $9,057,378 (100%) will be obligated at time of award and will not expire at the end of the current fiscal year. Naval Surface Warfare Center Port Hueneme Division, Port Hueneme, California, is the contracting activity.

## ARMY

SRC Inc., North Syracuse, New York, was awarded a $49,990,149 firm-fixed-price contract for a precision fire-control radar. Bids were solicited via the internet with one received. Work locations and funding will be determined with each order, with an estimated

completion date of Sept. 16, 2025. U.S. Army Contracting Command, Newark, New Jersey, is the contracting activity (W15QKN-22-D-0005).

CAE USA Inc., Tampa, Florida, was awarded a $27,473,160 modification (P00052) to contract W911S0-15-C-0003 for fixed-wing aircraft training. Work will be performed at Fort Rucker, Alabama, with an estimated completion date of March 9, 2024. Fiscal 2023 operations and maintenance, Army funds in the amount of $27,473,160 were obligated at the time of the award. U.S. Army Field Directorate Office, Fort Eustis, Virginia, is the contracting activity.

Science Applications International Corporation, Reston, Virginia, was awarded an $11,335,550 modification (P00037) to contract W31P4Q-21-F-0095 for modeling-and-simulation and development engineering services. Bids were solicited via the internet with two received. Work locations and funding will be determined with each order, with an estimated completion date of Sept. 15, 2023. U.S. Army Contracting Command, Redstone Arsenal, Alabama, is the contracting activity.

### DEFENSE LOGISTICS AGENCY

Northrop Grumman, Woodland Hills, California, has been awarded a maximum $17,686,868 firm-fixed-price, indefinite-delivery requirements contract for display control units. This was a sole-source acquisition using justification 10 U.S. Code 2304 (c)(1), as stated in Federal Acquisition Regulation 6.302-1. This is a five-year contract with no option periods. The performance completion date is Sept. 15, 2027. Using military service is Army. Type of appropriation is fiscal 2022 through 2027 Army working capital funds. The contracting activity is the Defense Logistics Agency Aviation, Redstone Arsenal, Alabama (SPRRA1-22-D-0032).

M&M Manufacturing LLC,** Lajas, Puerto Rico, has been awarded a maximum $9,231,250 modification (P00027) exercising the third one-year option period of an 18-month base contract (SPE1C1-19-D-1145) with three one-year option periods for various types of blouses and coats. This is a firm-fixed-price, indefinite-delivery/indefinite-quantity contract. The ordering period end date is Sept. 19, 2023. Using military services are Army, Navy and

Air Force. Type of appropriation is fiscal 2022 through 2023 defense working capital funds. The contracting activity is the Defense Logistics Agency Troop Support, Philadelphia, Pennsylvania.

Tesla Industries Inc., New Castle, Delaware, has been awarded a maximum $7,739,781 firm-fixed-price, indefinite-quantity contract for battery power supplies. This was a sole-source acquisition using justification 10 U.S. Code 2304 (c)(1), as stated in Federal Acquisition Regulation 6.302-1. This is a three-year base contract with two one-year option periods. The performance completion date is Sept. 15, 2025. Using military services are Army and Navy. Type of appropriation is fiscal 2022 through 2025 defense working capital funds. The contracting activity is the Defense Logistics Agency Land and Maritime, Columbus, Ohio (SPE7LX-22-D-0144).

UPDATE: 3M Oral Care, St. Paul, Minnesota (SPE2DE-22-D-0033, $12,500,000), has been added as an awardee to the multiple award contract for dental consumable items for the Defense Logistics Agency Electronic Catalog, issued against solicitation SPE2DE-20-R-0007 and awarded June 10, 2021.

## AIR FORCE

North Point Defense Inc., Rome, New York, has been awarded a $15,962,643 cost-plus-fixed-fee contract for the research, analysis, design, development, implementation, testing, deployment, and integration of artificial intelligence and machine learning techniques. Work will be performed in Rome, New York, and is expected to be completed by Sept. 14, 2025. Fiscal 2022 research and development funds in the amount of $1,366,500 are being obligated at time of award. Air Force Research Laboratory, Rome, New York, is the contracting activity (FA8750-22-C-1522).

CORRECTION: The Aug. 31, 2022, announcement of a not-to-exceed $927,492,124 undefinitized contract action to the Boeing Co., Defense, Space & Security, Seattle, Washington (FA8609-19-D-0007/FA8609-22-F-0001), for four KC-46A aircraft for Israel, incorrectly included the following: "This contract is also issued for the non-recurring engineering design and test for the Remote Vision System 2.0 and the Air Refueling Operator Station 2.0 mission equipment and installation, pre-delivery integrated logistics support, and technical publications." The announcement should have read: "This contract is

also issued for the non-recurring engineering design and test, RVS 2.0 and Air Refueling Operator Station 2.0 mission equipment and installation, pre-delivery integrated logistics support, and technical publications for KC-46A Israel."

*Small business

**Woman-owned small business in historically underutilized business zones