# EXHIBIT 1

# EXHIBIT 1



Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2265065 | Incorporation Date / Formation Date: | 6/6/1991 (mm/dd/yyyy) |
| Entity Name: | TESLA INDUSTRIES, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | REGER RIZZO & DARNALL LLP |
| Address: | 1521 CONCORD PIKE STE 305 |
| City: | WILMINGTON |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19803 |
| Phone: | 302-477-7100 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information

[Submit]

[New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov